```
              EMPLOYEE PAYROLL AUDIT REPORT    PAY CYCLE W1
      EMPLOYEE ID: 908842835 ORG: 610 NAME: MORELLI,CARMELA

PAY END 2007/04/07      NET PAY       430.90         TOT GRS       690.40
FWT GRS      640.50     FIC GRS       670.40         MCR GRS       670.40
ST  GRS      670.40     RET GRS       664.40         FUT GRS          .00
SUT GRS      690.40     LOC1 GRS      690.40         ST2 GRS          .00
FED TX C M00        ST TX CD M 00       ST TAXED 0039    ST2 TAXED
LOC ENT1 0707       PAY CYC   W1        ACC VAC      .00    ACC SICK    .00
DEPT     10135          CHECK #   A 0684229   CHECK DATE 2007/04/13   TYPE C
8A-MEDICAL/SURGICAL              BU  40      STATUS  A       LST PAY 2007/03/31

        GTN           GTN  S
     DESCRIPTION    AMOUNT C  CORP-ACCT-CENTER     TYPE-AMOUNT   PERIOD        HOURS
     -----------    -------   ----------------     -----------   ------        -----
  TIAA/CREF     R    29.90   610 71538 1013500    REG   664.40  2007/04/07     40.00
  TIAA CONTRIB       29.90   610 71538 1013500    SDS    26.00  2007/04/07     40.00
  FICA-R 6.2%        41.56                          .        .00       .         .00
  FEDERAL TAX        58.24                          .        .00       .         .00
  STATE TAX          20.58                          .        .00       .         .00
  SUT                  .62                          .        .00       .         .00
  FICA-M 1.45         9.72                          .        .00       .         .00
  LOCAL TAX          29.41                          .        .00       .         .00
  LTD                 8.66                          .        .00       .         .00
  ADDT'L LIFE          .48                          .        .00       .         .00
  BC CO-PAY          20.00                          .        .00       .         .00
  FAIR SHARE         40.33                          .        .00       .         .00
```

```
                EMPLOYEE PAYROLL AUDIT REPORT   PAY CYCLE W1
      EMPLOYEE ID: 908842835 ORG: 610 NAME: MORELLI,CARMELA

PAY END 2007/04/14       NET PAY        479.88          TOT GRS       690.40
FWT GRS     640.50       FIC GRS        670.40          MCR GRS       670.40
ST GRS      670.40       RET GRS        664.40          FUT GRS          .00
SUT GRS     690.40       LOC1 GRS       690.40          ST2 GRS          .00
FED TX C M00        ST TX CD M 00        ST TAXED 0039    ST2 TAXED
LOC ENT1 0707       PAY CYC   W1         ACC VAC     .00     ACC SICK      .00
DEPT    10135             CHECK #  A 0685464  CHECK DATE 2007/04/20   TYPE C
8A-MEDICAL/SURGICAL              BU 40        STATUS A       LST PAY 2007/04/07

        GTN              GTN  S
    DESCRIPTION       AMOUNT C CORP-ACCT-CENTER   TYPE-AMOUNT  PERIOD        HOURS
    ---------------   -------- ----------------   -----------  ----------    -----
TIAA/CREF       R      29.90   610 71538 1013500   REG  664.40 2007/04/14    40.00
TIAA CONTRIB           29.90   610 71538 1013500   SDS   26.00 2007/04/14    40.00
FICA-R 6.2%            41.57                        .      .00      .          .00
FEDERAL TAX            58.24                        .      .00      .          .00
STATE TAX              20.58                        .      .00      .          .00
SUT                      .62                        .      .00      .          .00
FICA-M 1.45             9.72                        .      .00      .          .00
LOCAL TAX              29.41                        .      .00      .          .00
ADDT'L LIFE              .48                        .      .00      .          .00
BC CO-PAY              20.00                        .      .00      .          .00
```

```
EMPLOYEE PAYROLL AUDIT REPORT PAY CYCLE W1
308842835 ORG: 610 NAME: MORELLI CARMELA

21         NET PAY      479.89           TOT GRS      690.40
50         FIC GRS      670.40           MCR GRS      670.40
40         RET GRS      664.40           FUT GRS         .00
40         LOC1 GRS     690.40           ST2 GRS         .00
   ST TX CD M 00        ST TAXED 039     ST2 TAXED
   PAY CYC  W1          ACC VAC     .00       ACC SICK      .00
        CHECK #   A 0688624   CHEC DATE 2007/04/27   TYPE C
:AL                  BU   40      STFUS  A      LST PAY 2007/04/14

       GTN    S
    AMOUNT    C  CORP-ACCT-CENTER     TPE-AMOUNT  PERIOD       HOURS
    ------       ----------------     ----------  ----------   -----
     29.90       610 71538 1013500    RG  664.40  2007/04/21   40.00
     29.90       610 71538 1013500    9S   26.00  2007/04/21   40.00
     41.56                            .       .00      .         .00
     58.24                            .       .00      .         .00
     20.58                            .       .00      .         .00
       .62                            .       .00      .         .00
      9.72                            .       .00      .         .00
     29.41                            .       .00      .         .00
       .48                            .       .00      .         .00
     20.00                            .       .00      .         .00
```

```
                    EMPLOYEE PAYROLL AUDIT REPORT   PAY CYCLE W1
        EMPLOYEE ID: 908842835 ORG: 610 NAME: MORELLI,CARMELA

PAY END 2007/04/28      NET PAY       449.16         TOT GRS       690.40
FWT GRS       599.16    FIC GRS       629.06         MCR GRS       629.06
ST GRS        629.06    RET GRS       664.40         FUT GRS          .00
SUT GRS       690.40    LOC1 GRS      690.40         ST2 GRS          .00
FED TX C M00       ST TX CD M 00      ST TAXED 0039    ST2 TAXED
LOC ENT1 0707      PAY CYC  W1        ACC VAC    .00      ACC SICK     .00
DEPT    10135           CHECK #   A 0689877   CHECK DATE 2007/05/04   TYPE C
8A-MEDICAL/SURGICAL              BU  40       STATUS  A       LST PAY 2007/04/21

        GTN             GTN  S
     DESCRIPTION     AMOUNT  C  CORP-ACCT-CENTER    TYPE-AMOUNT   PERIOD        HOURS
     -----------     ------     ---------------     -----------   ------        -----
  TIAA/CREF      R    29.90    610 71538 1041300    REG   132.88  2007/04/28     8.00
  TIAA CONTRIB        29.90    610 71538 1013500    REG   531.52  2007/04/28    32.00
  FICA-R 6.2%         39.01    610 71538 1041300    SDS     5.20  2007/04/28     8.00
  FEDERAL TAX         52.04    610 71538 1013500    SDS    20.80  2007/04/28    32.00
  STATE TAX           19.31                           .      .00     .            .00
  SUT                   .62                           .      .00     .            .00
  FICA-M 1.45          9.13                           .      .00     .            .00
  LOCAL TAX           29.41                           .      .00     .            .00
  AFLAC               41.34                           .      .00     .            .00
  ADDT'L LIFE           .48                           .      .00     .            .00
  BC CO-PAY           20.00                           .      .00     .            .00
```

```
       EMPLOYEE PAYROLL AUDIT REPORT   PAY CYCLE W1
D: 908842835  ORG: 610  NAME: MORELLI,CARMELA

05/05        NET PAY      557.65            TOT GRS      871.64
21.74        FIC GRS      851.64            MCR GRS      851.64
51.64        RET GRS      664.40            FUT GRS         .00
71.64        LOC1 GRS     871.64            ST2 GRS         .00
     ST TX CD M 00        ST TAXED 0039   ST2 TAXED
     PAY CYC  W1          ACC VAC     .00      ACC SICK     .00
5             CHECK #  A 0693003  CHECK DATE 2007/05/11   TYPE C
RGICAL                  BU   40    STATUS  A      LST PAY 2007/04/28

         GTN  S
'N       AMOUNT C  CORP-ACCT-CENTER    TYPE-AMOUNT   PERIOD        HOURS
---      --------- -------------------- ------------ ----------    -----
    R    29.90    610 71538 1013500    REG   664.40  2007/05/05    40.00
         29.90    610 71538 1013500    OTH   174.41  2007/05/05     7.00
         52.80    610 71538 1013500    SPS     6.83  2007/05/05     7.00
         85.42    610 71538 1013500    SDS    26.00  2007/05/05    40.00
         26.15                             .      .00          .      .00
           .78                             .      .00          .      .00
         12.34                             .      .00          .      .00
         37.13                             .      .00          .      .00
          8.66                             .      .00          .      .00
           .48                             .      .00          .      .00
         20.00                             .      .00          .      .00
         40.33                             .      .00          .      .00
```

```
            EMPLOYEE PAYROLL AUDIT REPORT   PAY CYCLE W1
   EMPLOYEE ID: 908842835 ORG: 610 NAME: MORELLI,CARMELA

PAY END 2007/05/12     NET PAY      471.30          TOT GRS      677.45
FWT GRS      628.11    FIC GRS      657.45          MCR GRS      657.45
ST GRS       657.45    RET GRS      651.94          FUT GRS         .00
SUT GRS      677.45    LOC1 GRS     677.45          ST2 GRS         .00
FED TX C M00      ST TX CD M 00     ST TAXED 0039   ST2 TAXED
LOC ENT1 0707     PAY CYC  W1       ACC VAC    .00  ACC SICK        .00
DEPT    10135         CHECK #  A 0694246  CHECK DATE 2007/05/18  TYPE C
8A-MEDICAL/SURGICAL              BU  40   STATUS  A    LST PAY 2007/05/05

      GTN              GTN  S
   DESCRIPTION       AMOUNT C  CORP-ACCT-CENTER    TYPE-AMOUNT  PERIOD        HOURS
   -----------       -------- ----------------    -----------  ----------    -----
   TIAA/CREF    R      29.34  610 71538 1013500   REG  651.94  2007/05/12    39.25
   TIAA CONTRIB        29.34  610 71538 1013500   NNP   12.46  2007/05/12      .75
   FICA-R 6.2%         40.76  610 71538 1013500   SDS   25.51  2007/05/12    39.25
   FEDERAL TAX         56.38                        .      .00      .          .00
   STATE TAX           20.18                        .      .00      .          .00
   SUT                   .61                        .      .00      .          .00
   FICA-M 1.45          9.54                        .      .00      .          .00
   LOCAL TAX           28.86                        .      .00      .          .00
   ADDT'L LIFE           .48                        .      .00      .          .00
   BC CO-PAY           20.00                        .      .00      .          .00
```

XWX  023094  003010

# Earnings Statement 

ORIGLIO BEVERAGE
3000 MEETING HOUSE ROAD
PHILADELPHIA, PENNSYLVANIA 19154

Period Ending: 05/19/2007
Pay Date: 05/23/2007

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 0
 State: N/A
 Local: 0

Social Security Number: XXX-XX-6782

IBRAHIM A. TERRY
9200 BUSTLETON AVE
APT 102
PHILADELPHIA, PA 19115

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.9000 | 40.00 | 876.00 | 16,018.99 |
| Overtime | 32.8500 | 16.65 | 546.95 | 7,423.78 |
| Legal Fringe | | | 5.00 | 105.00 |
| Holiday | | | | 876.00 |
| Personal | | | | 525.60 |
| Vacation | | | | 876.00 |
| **Gross Pay** | | | **$1,427.95** | 25,825.37 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -172.48 | 2,972.06 |
| Social Security Tax | | -88.53 | 1,601.17 |
| Medicare Tax | | -20.71 | 374.47 |
| PA State Income Tax | | -43.84 | 792.84 |
| Philadelphia Income Tax | | -60.83 | 1,100.15 |
| PA SUI/SDI Tax | | -1.28 | 23.24 |
| **Other** | | | |
| Checking | | -800.80 | |
| Legal Fringe | | -5.00 | 105.00 |
| Support 1 | | -179.39 | 3,767.19 |
| Union Dues | | -12.25 | 245.00 |
| Union 401K % | | -42.84* | 774.77 |
| Boot | | | -45.00 |
| **Net Pay** | | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are
$1,385.11

---

ORIGLIO BEVERAGE
3000 MEETING HOUSE ROAD
PHILADELPHIA, PENNSYLVANIA 19154

Advice number: 00000210137
Pay date: 05/23/2007

Deposited to the account of
IBRAHIM A. TERRY

| account number | transit ABA | amount |
|---|---|---|
| 719729 | 2360 8429 | $800.80 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 055 |
|---|---|---|---|---|---|
| XWX | 023094 | 003010 | | 00000190126 | 1 |

**Earnings Statement** 

ORIGLIO BEVERAGE
3000 MEETING HOUSE ROAD
PHILADELPHIA, PENNSYLVANIA 19154

Period Ending:  05/05/2007
Pay Date:       05/09/2007

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  State:   N/A
  Local:   0

IBRAHIM A. TERRY
9200 BUSTLETON AVE
APT 102
PHILADELPHIA, PA 19115

Social Security Number: XXX-XX-6782

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.9000 | 40.00 | 876.00 | 14,266.99 |
| Overtime | 32.8500 | 17.33 | 569.29 | 6,481.64 |
| Legal Fringe | | | 5.00 | 95.00 |
| Holiday | | | | 876.00 |
| Personal | | | | 525.60 |
| Vacation | | | | 876.00 |
| **Gross Pay** | | | **$1,450.29** | 23,121.23 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -177.90 | 2,651.73 |
| | Social Security Tax | -89.92 | 1,433.52 |
| | Medicare Tax | -21.03 | 335.26 |
| | PA State Income Tax | -44.52 | 709.82 |
| | Philadelphia Income Tax | -61.78 | 984.96 |
| | PA SUI/SDI Tax | -1.31 | 20.81 |
| | **Other** | | |
| | Checking | -813.68 | |
| | Legal Fringe | -5.00 | 95.00 |
| | Support 1 | -179.39 | 3,408.41 |
| | Union Dues | -12.25 | 220.50 |
| | Union 401K % | -43.51* | 693.64 |
| | Boot | | -45.00 |
| | **Net Pay** | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $1,406.78

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

ORIGLIO BEVERAGE
3000 MEETING HOUSE ROAD
PHILADELPHIA, PENNSYLVANIA 19154

Advice number: 00000190126
Pay date:      05/09/2007

Deposited to the account of
IBRAHIM A. TERRY

| account number | transit ABA | amount |
|---|---|---|
| 719729 | 2360 8429 | $813.68 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement 

ORIGLIO BEVERAGE
3000 MEETING HOUSE ROAD
PHILADELPHIA, PENNSYLVANIA 19154

Period Ending: 04/14/2007
Pay Date: 04/18/2007

IBRAHIM A. TERRY
9200 BUSTLETON AVE
APT 102
PHILADELPHIA, PA 19115

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  State: N/A
  Local: 0

Social Security Number: XXX-XX-6782

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.9000 | 32.00 | 700.80 | 12,514.99 |
| Overtime | 32.8500 | 13.78 | 452.67 | 5,442.59 |
| Holiday | 21.9000 | 8.00 | 175.20 | 876.00 |
| Legal Fringe | | | 5.00 | 85.00 |
| Personal | | | | 525.60 |
| Vacation | | | | 876.00 |
| Gross Pay | | | $1,333.67 | 20,320.18 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -156.21 | 2,315.13 |
| Social Security Tax | | -82.69 | 1,259.85 |
| Medicare Tax | | -19.34 | 294.64 |
| PA State Income Tax | | -40.94 | 623.83 |
| Philadelphia Income Tax | | -56.81 | 865.64 |
| PA SUI/SDI Tax | | -1.20 | 18.29 |
| Other | | | |
| Checking | | -739.83 | |
| Legal Fringe | | -5.00 | 85.00 |
| Support 1 | | -179.39 | 3,049.63 |
| Union Dues | | -12.25 | 196.00 |
| Union 401K % | | -40.01* | 609.61 |
| Boot | | | -45.00 |
| Net Pay | | $0.00 | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $1,293.66

---

ORIGLIO BEVERAGE
3000 MEETING HOUSE ROAD
PHILADELPHIA, PENNSYLVANIA 19154

Advice number: 00000160122
Pay date: 04/18/2007

Deposited to the account of
IBRAHIM A. TERRY

| account number | transit ABA | amount |
|---|---|---|
| 719729 | 2360 8429 | $739.83 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

## Earnings Statement

**ADP**

ORIGLIO BEVERAGE
3000 MEETING HOUSE ROAD
PHILADELPHIA, PENNSYLVANIA 19154

Period Ending: 04/07/2007
Pay Date: 04/11/2007

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 0
 State: N/A
 Local: 0

Social Security Number: XXX-XX-6782

IBRAHIM A. TERRY
9200 BUSTLETON AVE
APT 102
PHILADELPHIA, PA 19115

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Legal Fringe | | | 5.00 | 80.00 |
| Vacation | 21.9000 | 40.00 | 876.00 | 876.00 |
| Regular | | | | 11,814.19 |
| Overtime | | | | 4,989.92 |
| Holiday | | | | 700.80 |
| Personal | | | | 525.60 |
| **Gross Pay** | | | **$881.00** | 18,986.51 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -90.35 | 2,158.92 |
| | Social Security Tax | -54.62 | 1,177.16 |
| | Medicare Tax | -12.77 | 275.30 |
| | PA State Income Tax | -27.05 | 582.89 |
| | Philadelphia Income Tax | -37.53 | 808.83 |
| | PA SUI/SDI Tax | -0.80 | 17.09 |
| | **Other** | | |
| | Checking | -434.81 | |
| | Legal Fringe | -5.00 | 80.00 |
| | Support 1 | -179.39 | 2,870.24 |
| | Union Dues | -12.25 | 183.75 |
| | Union 401K % | -26.43* | 569.60 |
| | Boot | | -45.00 |
| | **Net Pay** | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $854.57

---

ORIGLIO BEVERAGE
3000 MEETING HOUSE ROAD
PHILADELPHIA, PENNSYLVANIA 19154

Advice number: 00000150119
Pay date: 04/11/2007

Deposited to the account of
IBRAHIM A. TERRY

| account number | transit ABA | amount |
|---|---|---|
| 719729 | 2360 8429 | $434.81 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

## Earnings Statement 

```
CO.   FILE    DEPT.    CLOCK    VCHR.NO.
XWX   023094  003010
```

ORIGLIO BEVERAGE
3000 MEETING HOUSE ROAD
PHILADELPHIA, PENNSYLVANIA 19154

Period Ending: 04/07/2007
Pay Date: 04/11/2007

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 0
    State:   N/A
    Local:   0

Social Security Number: XXX-XX-6782

IBRAHIM A. TERRY
9200 BUSTLETON AVE
APT 102
PHILADELPHIA, PA 19115

| Earnings    | rate    | hours | this period | year to date |
|-------------|---------|-------|-------------|--------------|
| Regular     | 21.9000 | 40.00 | 876.00      | 11,814.19    |
| Overtime    | 32.8500 | 16.40 | 538.74      | 4,989.92     |
| Legal Fringe|         |       | 5.00        | 75.00        |
| Holiday     |         |       |             | 700.80       |
| Personal    |         |       |             | 525.60       |
| **Gross Pay** |       |       | **$1,419.74** | 18,105.51  |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax    | -170.49 | 2,068.57 |
| Social Security Tax   | -88.02  | 1,122.54 |
| Medicare Tax          | -20.59  | 262.53   |
| PA State Income Tax   | -43.59  | 555.84   |
| Philadelphia Income Tax | -60.48 | 771.30  |
| PA SUI/SDI Tax        | -1.27   | 16.29    |

Other
| | | |
|---|---|---|
| Checking      | -796.07   |          |
| Legal Fringe  | -5.00     | 75.00    |
| Support 1     | -179.39   | 2,690.85 |
| Union Dues    | -12.25    | 171.50   |
| Union 401K %  | -42.59*   | 543.17   |
| Boot          |           | -45.00   |

**Net Pay**    $0.00

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,377.15

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

ORIGLIO BEVERAGE
3000 MEETING HOUSE ROAD
PHILADELPHIA, PENNSYLVANIA 19154

Advice number: 00000150118
Pay date: 04/11/2007

Deposited to the account of
IBRAHIM A. TERRY

| account number | transit ABA | amount |
|----------------|-------------|--------|
| 719729         | 2360 8429   | $796.07 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.