UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                               :

                                                     :

CARMELA MORELLI                                      :

                                                     :     Bankruptcy No. 0713590

                    Debtor(s)                        :     Chapter 13

\* \* \* \* \* \* \* \* \* \*

HEARING TO BE HELD:

Date:  **11/14/07**
Time:  **10:00 A.M.**
Place: United States Bankruptcy Court
       Courtroom #4, 2nd Floor
       900 Market Street
       Philadelphia, PA 19107-4295

\* \* \* \* \* \* \* \* \* \*

**TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307**

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.    Your Movant is Frederick L. Reigle, the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.    The Plan does not appear to be feasible.

WHEREFORE, the Movant requests that the Court, after hearing, enter an Order dismissing this case.

Date:  October 16, 2007                                         Respectfully submitted,


/S/ Frederick L. Reigle, Esq.

FREDERICK L. REIGLE, Esq.,
Standing Chapter 13 Trustee
P.O. Box 4010
Reading, Pennsylvania 19606
Telephone:  (610) 779-1313